Beach, CA, for Defendant-Appellee Ocwen Loan Servicing

Gregory L. Wilde, Esquire, Tiffany & Bosco, P.A., Las Vegas, NV, for Defendants-Appellees Citimortgage, Inc., National Default Servicing Corporation

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

### MEMORANDUM **

Aydin T. Oner appeals pro se from the district court's order dismissing his bankruptcy appeal for failure to file an opening brief. We have jurisdiction under 28 U.S.C. §§ 158(d), 1291. We review for abuse of discretion a district court's dismissal for failure to prosecute. *Moneymaker v. Co-Ben (In re Eisen)*, 31 F.3d 1447, 1451 (9th Cir. 1994). We affirm.

The district court did not abuse its discretion in dismissing Oner's appeal after granting Oner two extensions of time to file an opening brief and warning that a failure to comply may result in dismissal. The district court properly exercised its discretion in determining that the delay prejudiced defendants and interfered with the district court's ability to manage its docket. *See id.* ("A reviewing court will give deference to the district court to decide what is unreasonable because it is in the best position to determine what period of delay can be endured before its docket becomes unmanageable" (citation and internal quotation marks omitted)).

Because we affirm the district court's dismissal for failure to prosecute, we do not consider Oner's challenges to the bankruptcy court's decisions or the district court's interlocutory orders. *See Morrissey v. Stuteville (In re Morrissey)*, 349 F.3d

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

1187, 1190 (9th Cir. 2003); *Al–Torki v. Kaempen*, 78 F.3d 1381, 1386 (9th Cir. 1996).

**AFFIRMED.**

**IN RE: Estrella A. KINCAID; James Kincaid, Debtors.**

**Estrella A. Kincaid; James Kincaid, Appellants,**

v.

**Susan K. Smith, Trustee; Office of the U.S. Trustee, Appellees.**

**No. 15-15761**

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 21, 2016

Estrella A. Kincaid, Pro Se

James Kincaid, Pro Se

J. Russell Cunningham, Attorney, Desmond Nolan Livaich & Cunningham, Sacramento, CA, for Appellees

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

Chapter 7 debtors Estrella A. Kincaid and James Kincaid appeal pro se from the district court's judgment dismissing their bankruptcy appeal for failure to prosecute. We have jurisdiction under 28 U.S.C. §§ 158(d), 1291. We affirm.

In their opening brief, debtors fail to address how the district court erred in dismissing their bankruptcy appeal. As a result, they have waived their appeal of the dismissal order. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim. . . .").

**AFFIRMED.**